IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON K MARSH,

    Plaintiff,
v.                                            CASE NO. 1:06-cv-00147-MP-AK

JAMES CROSBY,
et al,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff is seeking leave to proceed in forma pauperis on a complaint that he admits is related to Case No. 4:05CV12-MMP/AK, which he states is still pending, but because he has "never received a response or court order back," he filed this lawsuit. The undersigned has recommended twice in Case No. 4:05CV12 that the case be dismissed because the limitations period has run. (Docs. 9 and 16 in Case No. 4:05CV12-MMP/AK). At present the district judge has reserved ruling on the second report and recommendation (doc. 21 in Case No. 4:05CV12-MMP/AK) to consider an affidavit Plaintiff filed setting forth particulars on his allegations that he was denied a pen and paper and that is why he filed his lawsuit over four years after the cause of action arose. (Doc. 22 in Case No. 4:05CV12-MMP/AK). The district judge has not yet ruled, but the case is still pending and Plaintiff was advised of that by an Order on August 21, 2006. (Doc. 24 in Case No. 4:05CV12-MMP/AK).

    The present lawsuit should be dismissed as frivolous since Plaintiff admits that he is filing it only because he has not heard from the Court on his earlier filed suit.

Further, if the undersigned has recommended that the earlier filed suit be dismissed on grounds of the limitations period running, it is clear that a later filed suit on the same claims would prompt a similar recommendation.

Consequently, it is **RECOMMENDED** that the motion for leave to proceed be **DENIED**, and this cause be **DISMISSED** as frivolous under 28 U.S.C. §1915A(b)(1).

**DONE AND ORDERED** this **16th** day of October, 2006

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 1:06-cv-00147-MP-AK*