IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON K. MARSH,

    Plaintiff,
v.                                             CASE NO. 1:06-cv-00147-MP-AK

JAMES CROSBY,
et al.,

    Defendant.
_____/

## **O R D E R**

       This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's motion for leave to proceed in forma pauperis be denied, and this cause be dismissed as frivolous under 28 U.S.C. §1915A(b)(1).  The Magistrate Judge filed the Report and Recommendation on Monday, October 16, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections were made.

       As the Plaintiff admits, he has another case pending in this Court on the same matter, and he filed this case only because he has not heard from the Court on his earlier filed suit.  The Court agrees with the Magistrate that the instant case is frivolous.  Therefore, having considered the Report and Recommendation and lack of objections thereto filed, I have determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's motion for leave to proceed in forma pauperis is denied, and this cause is dismissed as frivolous under 28 U.S.C. §1915A(b)(1).

**DONE AND ORDERED** this   *15th* day of November, 2006

       *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge